UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO V. MONTANO, | ) | 1:06-CV-0044 OWW LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #9] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| STANISLAUS COUNTY, et al., | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondents. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 26, 2006, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DISMISSED for failure to exhaust state remedies. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days passed and no party filed objections. However, on January 30, 2006, Petitioner filed a pleading entitled "Motion of Dismissal of Sentence under False and Recantation of Statement(s) by Witnesses." Petitioner essentially asks the Court to review his claims and grant his

habeas petition. Petitioner does not address the issue of exhaustion, but he does note that he has sought relief in the Superior Court. As stated by the Magistrate Judge, Petitioner must exhaust his claims by presenting them to the California Supreme Court.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued January 26, 2006, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED without prejudice; and

3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:    March 28, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE